FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 29  PM 1:53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLAINE WILLIAMS** | CIVIL ACTION |
| **VERSUS** | NO. 05-1698 |
| **SHERIFF MARLIN GUSMAN, ET AL.** | SECTION "N" (1) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Louisiana Department of Public Safety and Corrections are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims against Sheriff Marlin Gusman are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 29th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___